UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COEN COMPANY, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PAN INTERNATIONAL, LTD.,<br><br>    Defendant. | Case No. 14-cv-03392-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 41 |

Before the Court is Plaintiffs' Motion to Strike Purported Answer Filed by Pan International, Ltd., LLC. Dkt. No. 41. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the matter is suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 9, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated:

_____
JON S. TIGAR
United States District Judge