UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COEN COMPANY, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PAN INTERNATIONAL, LTD.,<br><br>  Defendant. | Case No. 14-cv-03392-JST   (MEJ)<br><br>**ORDER VACATING HEARING AND BRIEFING SCHEDULE RE: MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 53 |

The above-captioned case has been referred to the undersigned to prepare a report and recommendation on the pending Motion for Default Judgment brought by Plaintiffs Coen Company, Inc., et al. Dkt. No. 53. However, on November 17, 2014, Defendant Pan International filed a Motion to Set Aside Default. Dkt. No. 58. Accordingly, pending resolution of the motion to set aside default by the presiding judge, the Court VACATES the briefing and hearing schedule regarding Plaintiffs' default judgment motion.

**IT IS SO ORDERED.**

Dated: November 19, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge