UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COEN COMPANY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAN INTERNATIONAL, LTD.,<br><br>    Defendant. | Case No.  14-cv-03392-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 74 |

The Court is in receipt of the parties' Joint Status Report. ECF No. 74. The Court hereby sets a case management conference on May 13, 2015 at 2:00 P.M. A joint case management statement is due no later than April 29, 2015.

IT IS SO ORDERED.

Dated:  April 9, 2015

_____
JON S. TIGAR
United States District Judge