United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COEN COMPANY, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PAN INTERNATIONAL, LTD.,<br><br>　　　　　Defendant. | Case No.  14-cv-03392-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 80 |

　　　　The parties have filed a stipulation of dismissal dated August 13, 2015.  ECF No. 80. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　This case has been dismissed with prejudice.  The Clerk shall close the file.

　　　　IT IS SO ORDERED.

Dated: August 17, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge